UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL BAKER,<br>Plaintiff,<br>v.<br>EL. DORADO COUNTY, et al.,<br>Defendants. | No. 2:26-cv-2110 DAD AC P<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING IDENTIFIED CLAIMS WITHOUT LEAVE TO AMEND</u><br>(Doc. No. 9) |

Plaintiff, a county inmate proceeding *pro se* and *in forma pauperis*, filed this civil rights action on June 9, 2026, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 2, 2026, the assigned magistrate judge screened plaintiff's first amended complaint and found that it stated a cognizable claim against defendant El Dorado County for failure to protect based on plaintiff's allegations that the jail had a policy of housing protective custody inmates with general population inmates. (Doc. No. 9 at 2.) However, the magistrate judge also found that the first amended complaint stated no valid, cognizable claims for relief based on the alleged failure to train, or against defendants El Dorado County Jail, or against defendant McNamara and that the pleading deficiencies with respect to those asserted claims could not be cured by amendment. (*Id.* at 3–4.) Accordingly, the magistrate judge

recommended that all of plaintiff's claims brought against El Dorado County other than his failure to protect claim, all claims brought against the El Dorado County Jail, and all claims brought against named defendant McNamara be dismissed without leave to amend and that this action proceed only on plaintiff's failure to protect claim brought against defendant El Dorado County. (*Id.* at 4–5.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 5.) No objections to the pending findings and recommendations have been filed by plaintiff and the time to do so has passed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's analysis.

Accordingly:

1. The findings and recommendations issued June 26, 2026 (Doc. No. 9), are adopted in full;
2. All claims brought against defendant El Dorado County except for his failure to protect claim and all claims brought against defendants El Dorado County Jail and McNamara are dismissed without leave to amend; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE